## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP C. PULLEY AND DEVRA K. PULLEY, h/w** | : CIVIL ACTION COMPLAINT |
| *Plaintiffs* | : NO. |
| V. | : |
| **STERLING BANCORP, SUCCESSOR TO ASTORIA BANK AND STERLING NATIONAL BANK** | :JURY TRIAL OF TWELVE (12) DEMANDED |
| *Defendants* | : |

## COMPLAINT

AND NOW, come the Plaintiffs Philip C. Pulley and Devra K. Pulley, his wife, by and through their attorney, Michael Yanoff, Esquire, and make the following Complaint against the Defendants Sterling Bancorp, Successor to Astoria Bank, and Sterling National Bank, and aver the following:

### PRELIMINARY STATEMENT

1. This is an actual for actual, statutory, and punitive damages, attorney's fees and costs, for violations of the Fair Credit Reporting Act, (hereinafter the "FCRA"), 15 U.S.C. §§1681 *et seq.*

### JURISDICTION AND VENUE

2. Jurisdiction of this Honorable Court arises under 15 U.S.C. §1681p and 28 U.S.C. §1331.

3. Venue lies properly in this District pursuant to 28 U.S.C. §1391 (b) and 28 USC §1332.

## THE PARTIES

4. Plaintiffs Philip C. Pulley and Devra K. Pulley are adult individuals who reside at 1241 Welsh Road, Huntingdon Valley, Montgomery County, Pennsylvania.

5. Defendant Sterling Bancorp ("Bancorp") is a Delaware Corporation with its principal place of business located at 400 Rella Blvd, Montebello, New York, and is the successor to Astoria Bank..

6. Defendant Sterling National Bank ("Bank") is a wholly owned subsidiary of Sterling Bancorp.

7. Both Sterling Bancorp and Sterling National Bank are hereinafter collectively referred to as the "Defendants."

8. At all times relevant hereto, Bank was acting within the course and scope of its subsidiary and agency relationship with Bancorp.

9. Both Bancorp and Bank are authorized to and regularly conduct business within the Eastern District of Pennsylvania.

10. Bank's Mortgage Servicing Division is principally located at 1 Corporate Drive, Suite 360, Lake Zurich, IL.

## FACTUAL ALLEGATIONS

11. Plaintiffs hereby incorporate by reference all of the averments contained in Paragraphs 1 through 10 above as fully as though set forth herein at length.

12. On June 8, 2000, Plaintiffs and Bank executed a Mortgage, Deed of Trust and Security Deed, recorded in the Office of the Recorder of Deeds of Montgomery County,

Pennsylvania at Book 8711, Page 1309, and an Adjustable Rate Note, secured by real and personal property located at their address.

13. The monthly payment due on the said Mortgage and Note was Five Thousand One Hundred and Seventy-Four Dollars and Twenty-Seven Cents ($5174.27).

14. As of April 7, 2020, Plaintiffs' account was marked as "Paid in Full." See Defendants' Mortgage Statement attached hereto, made a part hereof, and marked as Exhibit "A."

15. In May 2020, Plaintiffs and the Defendants entered into a Forbearance Agreement ("Forbearance") as a direct result of the COVID-19 Pandemic financial difficulties. In that Agreement, Plaintiffs were excused from making their monthly payments to Defendants for the months of May, June and July of 2020.

16. At the same time, Plaintiffs and Defendants negotiated a Loan Modification Agreement ("Agreement") which would adjust the monthly payments.

17. Defendants promised to forward a written Loan Modification Agreement to Plaintiffs but failed to do so for months.

18. Despite the lack of the Agreement, Plaintiffs continued their monthly payments to Defendants, having been told by Defendants that they should send the monthly payments into the Defendants and they would be properly credited with the payments.

19. It was not until October 2020 that Defendants sent a Loan Modification Agreement to Plaintiffs who immediately executed same and returned it to the Defendants.

20. Plaintiffs have made all monthly payments in the correct amount to Defendants since August 2020, but Defendants have refused to allocate these payments correctly and to

credit Plaintiffs' Mortgage account with the payments, despite accepting and depositing the checks.

21. On the contrary, despite the payments being made and accepted, Defendants have continued to report Plaintiffs' account as delinquent to the credit reporting agencies and to the internal banking credit reporting agencies, all to Plaintiffs' great harm and financial detriment.

22. Plaintiffs have demanded that Defendants credit their account properly, but Defendants have failed, neglected and refused to correct their account and have continued to falsely report to the credit reporting agencies that Plaintiffs are delinquent, which has adversely affected Plaintiffs' credit.

23. These false reports to the credit reporting agencies have also had an adverse and negative impact on Plaintiffs' business which relies heavily on financing from commercial lenders, and may have been a substantial factor in precluding Plaintiffs from receiving appropriate credit offers and opportunities.

24. The false reports are being disseminated to and are being used by lenders to either deny credit to Plaintiffs and to therefore adversely impact Plaintiffs and their business.

25. This inaccurate information negatively reflects upon the Plaintiffs, Plaintiffs' credit repayment history, Plaintiffs' financial responsibility as debtors and Plaintiffs' credit worthiness.

26. Plaintiffs have written to Defendants demanding that they correct the false and misleading reports and properly credit Plaintiff's account, but Defendants have failed, neglected and refused to take the necessary corrective actions.

27. Plaintiffs have also spent countless hours on the telephone with Defendants in efforts to correct the false and misleading reports and have their account properly credited, but Defendants have failed, neglected and refused to the take the necessary corrective actions.

28. Defendants' response has only been a form letter that says they they are "looking into it," without any indication that the information has been or will be corrected. See attached Exhibit "B."

29. Despite Plaintiffs' exhaustive efforts to date, Defendants continue to furnish inaccurate information, and have deliberately, willfully, intentionally, recklessly, negligently and repeatedly failed to perform reasonable investigations of the above matters as required by the FCRA, have failed to remove the inaccurate information, have failed to report on the results of any investigations that they may have performed, has failed to correct the account and to report the correction to the credit reporting agencies, and have continued to report derogatory inaccurate information about the Plaintiffs.

30. At all times relevant hereto, Defendants were acting by and through its agents, servants, workmen and/or employees, all of whom were acting within the course and scope of their agency or employment, and all of whom were under the direct supervision and control of the Defendants herein.

31. At all times relevant hereto, the conduct of the Defendants, as well as that of its agents, servants, workman and employees, was intentional, willful, reckless and with grossly negligent disregard for the federal and state laws and rights of the Plaintiffs herein.

## COUNT I: VIOLATIONS OF THE FCRA

32. Plaintiffs hereby incorporate by reference all of the averments contained in Paragraphs 1 through 31 above as fully as though set forth herein at length.

33. At all times relevant hereto, Defendants were "persons, "consumer reporting agencies" and "financial institutions" as those terms are defined by the FCRA.

34. Defendants are liable to Plaintiffs for violations of the FCRA and for willfully and negligently failing to comply with the requirements imposed on them by the provisions of the FCRA. See 15 U.S.C. §§1681e(b) and 1681i.

35. Defendants conduct was a direct and proximate cause, as well as a substantial factor, in bringing about serious injuries, actual damages and financial harm and detriment to Plaintiffs and, as a result, Defendants are liable to Plaintiffs for the full amount of statutory, actual and punitive damages, along with attorney's fees and the costs of litigation, as well as such further relief as may be permitted by law.

## **DEMAND FOR JURY TRIAL**

36. Plaintiffs demand a trial by jury on all issues so triable.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs seek judgment in their favor and against Defendants based on the following requested relief:

    A.    Actual damages pursuant to 15 U.S.C §1681 *et seq*;

    B.    Statutory damages pursuant to 15 U.S.C §1681 *et seq*;

    C.    Punitive damages pursuant to 15 U.S.C §1681 *et seq*;

    D.    Costs and reasonable attorney's fees pursuant to 15 U.S.C §1681 *et seq*;

    E.    Such other and further relief as may be necessary, just and proper.

Respectfully submitted,

GOLDSTEIN LAW PARTNERS, LLC

BY: _____
MICHAEL YANOFF, ESQUIRE
*Attorney for Plaintiffs*

## VERIFICATION

I, Devra Pulley, hereby state that I am one of the Plaintiffs in this matter, and that the statements made within the foregoing pleading are true and correct to the best of my knowledge, information, and belief. I understand that this statement is made subject to the penalties of 18 Pa.C.S.A. § 4904, relating to unsworn falsification to authorities.

Date: _____

_____
DEVRA PULLEY

{Client Files/009945/00000/01182386.DOCX;1}

# STERLING NATIONAL BANK

1 Corporate Drive, Suite 300, Lake Zurich, IL 60047-8945

- 041227% 00006%324 0%3%4%2 0413%832
PHILIP C PULLEY
DEVRA K PULLEY
PO BOX 49
HUNTINGDON VALLEY, PA 19006

## MORTGAGE STATEMENT
Statement Date: 10/16/2020

**Property Address:** 1241 WELSH ROAD
HUNTINGDON VALLEY PA 19006

| | |
|---|---|
| Account Number | 5097262829 |
| Payment Due Date | 11/01/2020 |
| Amount Due | **$26,833.80** |

If payment is received after 11/16/2020, a $128.80 late fee will be charged

### Account Information

| | |
|---|---|
| Outstanding Principal Balance | $452,220.44 |
| Current Escrow Account Balance | $-7,009.13 |
| Maturity Date | July 2040 |
| Interest Rate (Until Jul 2021) | 3.375% |
| Prepayment Penalty | No |

### Contact Us
1-855-857-4644

### Explanation of Amount Due

| | |
|---|---|
| Principal | $1,323.86 |
| Interest | $1,252.01 |
| Escrow (for Taxes and Insurance) | $2,598.52 |
| **Regular Monthly Payment** | **$5,174.42** |
| Fees Charged Since Last Statement | $0.00 |
| Total Fees Charged | $0.00 |
| Overdue Payment | $21,659.38 |
| **Total Amount Due** | **$26,833.80** |

Housing Counselor Information: If you would like counseling or assistance, you can contact the following US Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Transaction Activity (4/1/2020 to 10/16/2020)

| Date | Description | Charges | Payments | Escrow Activity |
|---|---|---|---|---|
| 04/04 | Payment - Thank you | $0.00 | $5,656.27 | $0.00 |
| 08/04 | Payment - Thank you | $0.00 | $5,558.27 | $0.00 |
| 08/16 | School Taxes | $0.00 | $0.00 | $-16,679.00 |

### Past Payments Breakdown

| Description | Paid Last Period | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $4,062.59 |
| Interest | $0.00 | $8,146.11 |
| Escrow (Taxes and Insurance) | $0.00 | $10,394.08 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $10,832.69 |
| **Total** | **$0.00** | **$23,625.00** |

**Delinquency Notice**
You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure - the loss of your home. As of October 16, you are 168 days delinquent on your mortgage loan.

**Recent Account History:**

| Payment Due | Payment Status |
|---|---|
| | $5,174.42 (current payment due) |
| 10/01/2020 | Unpaid balance of $5,174.42 |
| 09/01/2020 | Unpaid balance of $5,174.42 |
| 08/01/2020 | Unpaid balance of $5,174.42 |
| 07/01/2020 | Unpaid balance of $5,656.27 |
| 06/01/2020 | Unpaid balance of $5,656.27 |
| 05/01/2020 | Unpaid balance of $5,656.27 |
| 04/2020 | PAID in full on 04/07/2020 |
| **TOTAL Due** | **$26,833.80** |

You must pay this amount to bring your loan current.

### IMPORTANT MESSAGES

* Partial payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

**NOTICE TO CUSTOMERS WHO ARE IN BANKRUPTCY OR WHOSE OBLIGATION HAS BEEN DISCHARGED AND NOT REAFFIRMED) TO THE EXTENT YOUR ORIGINAL OBLIGATION WAS DISCHARGED, OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY UNDER TITLE 11 OF THE UNITED STATES CODE, THIS INFORMATION IN THIS MORTGAGE STATEMENT IS FOR REGULATORY COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION. HOWEVER, CREDITOR RETAINS RIGHTS UNDER ITS SECURITY INSTRUMENT, INCLUDING THE RIGHT TO FORECLOSE ITS LIEN. PLEASE SEE REVERSE FOR ADDITIONAL IMPORTANT NOTIFICATIONS.**

You agreed to participate in the following Loss Prevention Program - Modification. The first notice of filing required by law for any foreclosure process has not been made.

If you are experiencing Financial Difficulty: if you would like mortgage counseling or assistance, you can find a list of counselors in your area on the U.S. Department of Housing and Urban Development's website at www.hud.gov. You can also select to receive counseling through the HOPE hotline by calling 1-888-995-HOPE.

Reference agreement

---

## PAYMENT COUPON

PHILIP C PULLEY
DEVRA K PULLEY
PO BOX 49
HUNTINGDON VALLEY, PA 19006 -

Return Top Portion
With Your Payment

### STERLING NATIONAL BANK

Loan Number: 5097262829
Next Payment Due: 11/01/2020

☐ CHECK HERE IF YOUR ADDRESS/INFORMATION HAS CHANGED AND COMPLETE FORM ON REVERSE SIDE.

Make Check Payable To:
Sterling National Bank

Sterling National Bank
P.O. Box 371306
Pittsburgh PA 15250-7306

### Amount Due

| | |
|---|---|
| Due By 11/01/2020 | $26,833.80 |

If payment is received after 11/16/2020, a $128.80 late fee will be charged

Please designate how you want us to apply any additional funds:

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

5097262629277952937366491311101206


**STERLING**
NATIONAL BANK

October 07, 2020

MS1290
Philip C Pulley
Devra K Pulley
PO Box 49
Huntingdon Valley PA 19006-

Loan Number: 5097262629

Property Address: 1241 Welsh Road
                  Huntingdon Valley PA 19006

Dear Philip C Pulley and Devra K Pulley :

We have received your inquiry regarding the above-referenced mortgage loan and have referred your inquiry to the appropriate area for review.

We will make every effort to provide a response to your inquiry as promptly as possible. In any event, we will do so within the time limit required by law.

We value you as a customer and appreciate your patience while we prepare a response. If you have any questions, please call us at 1-877-849-9242.

Sincerely,


Research Department                                                QC601/MGM


Mortgage Servicing
1 Corporate Drive, Suite 360  |  Lake Zurich, IL 60047-8945
855-857-0644 CUSTOMER SERVICE  |  847-574-7659 FAX  |  snb.com