IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILIP C. PULLEY**, *et al.*, | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-6109** |
| | : | |
| **STERLING BANCORP**, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 28th day of March, 2023, upon consideration of Defendant Sterling Bancorp and Sterling National Bank's (the "Sterling Defendants") Motion for Summary Judgment (ECF No. 61), Defendant Equifax Information Services, LLC's ("Equifax') Motion for Summary Judgment (ECF No. 64), Plaintiff Philip C. Pulley and Devra K. Pulley's Partial Motion for Summary Judgment (ECF No. 65), Defendant Experian Information Solution Inc.'s ("Experian") Motion for Summary Judgment (ECF No. 69), and Defendant Trans Union LLC's ("Trans Union") Motion for Summary Judgment (ECF No. 70), it is hereby **ORDERED** as follows:

1. The Sterling Defendants' Motion for Summary Judgment (ECF No. 61) is **GRANTED**.

2. Defendant Equifax's Motion for Summary Judgment (ECF No. 64), Defendant Experian's Motion for Summary Judgment (ECF No. 69), and Defendant Trans Union's Motion for Summary Judgment (ECF No. 70) are **GRANTED.**

3. Plaintiff Philip C. Pulley and Devra K. Pulley's Partial Motion for Summary Judgment (ECF No. 65) is **DENIED**.

The Clerk of Court is **DIRECTED** to mark this matter **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**